**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| MOTOROLA, INC., a Delaware Corporation, ) | |
| ) | |
| Plaintiff / Counterclaim Defendant, ) | |
| ) | |
| v.  ) | Case No. 08 CV 5427 |
| ) | |
| LEMKO CORPORATION, an Illinois Corporation, ) | |
| and XIAOHONG SHENG, an individual, ) | Judge Matthew F. Kennelly |
| ) | |
| Defendants / Counterclaim Plaintiffs, ) | Magistrate Judge Geraldine |
| ) | Soat Brown |
| SHAOWEI PAN, an individual, HANJUAN JIN, an ) | |
| individual, XIAOHUA WU, an individual, and ) | |
| XUEFENG BAI, an individual, ) | |
| ) | |
| Defendants. ) | |
| ) | |

**PLAINTIFF'S THIRD MOTION TO COMPEL DISCOVERY
FROM DEFENDANTS LEMKO, SHENG, PAN, WU AND BAI**

Plaintiff has re-noticed its Motion to Compel dated October 2, 2009 (Dkt. 231), seeking

an order compelling production of certain documents from Lemko, Sheng, Pan, Wu, and Bai.[1]  In

addition to the requests for production addressed in that motion to compel, Plaintiff brings this

(third) motion to compel production of several _additional_ categories of information that have also

not been produced.  As more fully explained in the Memorandum submitted herewith, Plaintiff

requests that this Court order the immediate production of the following information and

---

[1]    Plaintiff's October 2nd motion was continued by this Court.  _See_ Dkt. 241.  Defendants have produced no further information responsive to the discovery requests that are the subject matter of Plaintiff's October 2nd motion.  Accordingly, Plaintiff is filing a re-notice of the October 2nd motion contemporaneously with the filing of this third motion to compel.

materials, each of which have been the subject of discovery requests outstanding since as early as

April, 2009:

§   Lemko's "bug logs" (Request No. 6 to Lemko).

§   Lemko's email logs (Request No. 7 to Lemko).

§   Lemko's "MySql" database (Request No. 8 to Lemko).

§   Communications with Network Solutions regarding the Lemko website
     www.lemko.com and email system (Request No. 9 to Lemko).

§   Documents regarding Lemko's activities in China and India (Request No.
     12 to Lemko).

§   Identification of any and all Motorola property in the possession of any
     individual defendant, as of the last date of their employment with
     Motorola (Interrogatory No. 5 to each individual defendant).

For each of the reasons stated in that memorandum, Plaintiff respectfully requests that this Court

grant its motion and compel the Individual Defendants to fully respond to Interrogatory No. 5

and (b) compel Defendant Lemko to respond fully to Requests Nos. 6-9 and 12, as described in

this motion.

Date:   February 8, 2010                    Respectfully submitted,

                                             /s/ R. Mark Halligan
                                            **R. Mark Halligan (IL 6200723)**
                                            rmhalligan@nixonpeabody.com
                                            **Deanna R. Swits (IL 6287513)**
                                            dswits@nixonpeabody.com
                                            **Jodi Rosen Wine (IL 6209883)**
                                            jwine@nixonpeabody.com

                                            **NIXON PEABODY LLP**
                                            300 S. Riverside Plaza, 16th Floor
                                            Chicago, Illinois  60606
                                            Tel:  (312) 425-3900
                                            Fax: (312) 425-3909

                                            *Attorneys for Plaintiff Motorola, Inc.*