UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 4.2
Eastern Division

Motorola, Inc.
                Plaintiff,

v.                                                Case No.: 1:08−cv−05427
                                                Honorable Matthew F. Kennelly

Lemko Corporation, et al.
                Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Wednesday, February 23, 2011:

      MINUTE entry before Honorable Matthew F. Kennelly: Continued status conference held with attorneys for all parties other than Jin regarding upcoming settlement conference. A further status conference is set for 2/28/2011 at 8:30 AM, by call−in telephone conference to be arranged by counsel for Lemko. A joint agenda is to be submitted by 5:00 PM on 2/27/2011. Huawei's motion to maintain attorney's eyes only designation is entered and continued pending further discussion between Huawei and Motorola. (mk)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.