UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 4.2
Eastern Division

Motorola, Inc.
                     Plaintiff,

v.                                                   Case No.: 1:08−cv−05427
                                                    Honorable Matthew F. Kennelly

Lemko Corporation, et al.
                     Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, March 8, 2011:

      MINUTE entry before Honorable Matthew F. Kennelly: Having reviewed the settlement letters submitted to chambers, the Court needs to have a brief meeting with counsel, today, to address certain important matters relevant to the settlement conference. The Court apologizes for the short notice, but certain of the letters were delivered only yesterday, and the settlement conference is set for next Monday, 3/14/11. Only one attorney per party needs to attend. The meeting is set for today, 3/8/11, at 1:15 p.m. in Judge Kennelly's courtroom, and will last no more than 15 minutes. (mk)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.