UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 4.2
Eastern Division

Motorola, Inc.
        Plaintiff,

v.               Case No.: 1:08−cv−05427
               Honorable Matthew F. Kennelly

Lemko Corporation, et al.
        Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, April 6, 2011:

  MINUTE entry before Honorable Matthew F. Kennelly: Conference held in chambers and via telephone regarding settlement discussions. A further conference to address the progress of settlement discussions is set for 4/29/2011 at 8:15 a.m. Counsel are directed to set up a telephone conference arrangement for out of town counsel and other counsel who cannot attend in person. A status hearing is set for 5/5/2011 at 9:30 a.m. Discovery−related motions that are ripe for resolution should, to the extent feasible, be filed prior to 5/5/2011 and noticed for presentment on that date. The Court advises, however, that this is not a deadline for filing any and all discovery related motions. At the status hearing on 5/5/2011, the Court will address scheduling of the remainder of the discovery and pretrial process in this case. (mk)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.