# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Matthew Kennelly | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 5427 | **DATE** | 4/18/2011 |
| **CASE TITLE** | Motorola vs. Lemko | | |

**DOCKET ENTRY TEXT**

The motions of Kurt Calia, Bhanu Sadasivan and Geoffrey Baldwin for leave to appear pro hac vice are granted (720, 721, 722). The clerk is directed to make sure that an e-mail address is associated with counsel's appearance to permit service of electronic notices.

Docketing to mail notices.

| | Courtroom Deputy Initials: | DS |
|---|---|---|