IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| MOTOROLA, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| LEMKO CORPORATION, XIAOHONG SHENG, SHAOWEI PAN, HANJUAN JIN, XIAOHUA WU, XUEFENG BAI, NICHOLAS LABUN, BOHDAN PYSKIR, HECHUN CAI, JINZHONG ZHANG, ANGEL FAVILA, ANKUR SAXENA, RAYMOND HOWELL, FAYE VORICK, NICHOLAS DESAI, and HUAWEI TECHNOLOGIES CO., LTD., a Chinese corporation, | ) ) ) ) ) ) ) ) ) ) ) | Case No. 08 CV 5427  Judge Matthew F. Kennelly  Magistrate Judge Geraldine Soat Brown |
| Defendants. | ) | |
| | ) | |
| * * * * * * * * * * * * * * * * * * * * * | ) | |
| LEMKO CORPORATION, SHAOWEI PAN, XIAOHUA WU and XIAOHONG SHENG, | ) ) ) | |
| | ) | |
| Counter-Plaintiffs, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| MOTOROLA, INC., | ) | |
| | ) | |
| Counter-Defendant. | ) | |
| | ) | |

**JOINT MOTION TO DISMISS WITH PREJUDICE DEFENDANT HUAWEI TECHNOLOGIES CO., LTD.**

Plaintiff Motorola, Inc. and Defendant Huawei Technologies Co., Ltd., through their counsel of record, hereby move to dismiss Defendant Huawei Technologies Co., Ltd. in the above-entitled action with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(2), all matters in

controversy between them having been settled, compromised, and adjourned, and no other claims or counterclaims involving Defendant Huawei Technologies Co., Ltd. being in issue. Each party shall bear their own costs and attorneys' fees. The action continues as to all remaining defendants and counter-plaintiffs.

Dated: April 20, 2011

Respectfully submitted,

| MOTOROLA, INC. | HUAWEI TECHNOLOGIES CO., LTD. |
|---|---|
| /s/ Maureen L. Rurka | /s/ David M. Airan |
| One of Its Attorneys | One of Its Attorneys |
| | |
| Dan K. Webb | Robert T. Haslam |
| Lawrence R. Desideri | Stanley Young |
| Maureen L. Rurka | Covington & Burling LLP |
| Email: mrurka@winston.com | |
| Winston & Strawn LLP | 333 Twin Dolphin Drive, Suite 700 |
| 35 West Wacker Drive | Redwood Shores, California 94065 |
| Chicago, Illinois 60601 | (650) 632-4700 |
| (312) 558-5600 | Email: rhaslam@cov.com |
| Email: DWebb@winston.com | |
| | |
| R. Mark Halligan | H. Michael Hartmann |
| Jodi Rosen Wine | David M. Airan |
| Deanna R. Swits | Leydig Voit & Mayer Ltd. |
| Nixon Peabody LLP | Two Prudential Plaza |
| 300 South Riverside Plaza, 16th Floor | 180 North Stetson Avenue, Suite 4900 |
| Chicago, Illinois 60606 | Chicago, Illinois 60601 |
| (312) 425-3900 | (312) 616-5600 |
| Email: rmhalligan@nixonpeabody.com | Email: mhartmann@leydig.com |

**CERTIFICATE OF SERVICE**

    I, Maureen L. Rurka, an attorney, hereby certify that I have served a copy of the foregoing JOINT MOTION TO DISMISS WITH PREJUDICE DEFENDANT HUAWEI TECHNOLOGIES CO., LTD on April 20, 2011 via the Court's electronic filing system upon all counsel of record.

Dated: April 20, 2011

                                                      /s/ Maureen L. Rurka
                                                      One of the Attorneys for Motorola, Inc.