IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| MOTOROLA, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| LEMKO CORPORATION, XIAOHONG SHENG, SHAOWEI PAN, HANJUAN JIN, XIAOHUA WU, XUEFENG BAI, NICHOLAS LABUN, BOHDAN PYSKIR, HECHUN CAI, JINZHONG ZHANG, ANGEL FAVILA, ANKUR SAXENA, RAYMOND HOWELL, FAYE VORICK, NICHOLAS DESAI, and HUAWEI TECHNOLOGIES CO., LTD., a Chinese corporation, | ) ) ) ) ) ) ) ) ) ) | Case No. 08 CV 5427<br><br>Judge Matthew F. Kennelly<br><br>Magistrate Judge Geraldine Soat Brown |
| Defendants. | ) | |
| * * * * * * * * * * * * * * * * * * * * | ) | |
| LEMKO CORPORATION, SHAOWEI PAN, XIAOHUA WU and XIAOHONG SHENG, | ) ) ) | |
| | ) | |
| Counter-Plaintiffs, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| MOTOROLA, INC., | ) | |
| | ) | |
| Counter-Defendant. | ) | |
| | ) | |

### NOTICE OF JOINT MOTION TO DISMISS WITH PREJUDICE DEFENDANT HUAWEI TECHNOLOGIES CO., LTD.

PLEASE TAKE NOTICE that on Tuesday, April 26, 2011 at 9:30 a.m., or as soon thereafter as counsel may be heard, counsel for Motorola, Inc. and Huawei Technologies Co., Ltd. will appear before the Honorable Matthew F. Kennelly in the courtroom usually occupied by him, Room

2103 of the Dirksen Federal Building, 219 South Dearborn Street, Chicago, Illinois, and present the JOINT MOTION TO DISMISS WITH PREJUDICE DEFENDANT HUAWEI TECHNOLOGIES CO., LTD., a copy of which has been served via the Court's electronic filing system upon all counsel of record.

Dated: April 20, 2011

Respectfully submitted,

| MOTOROLA, INC. | HUAWEI TECHNOLOGIES CO., LTD. |
|---|---|
| /s/ Maureen L. Rurka | /s/ David M. Airan |
| One of Its Attorneys | One of Its Attorneys |
| | |
| Dan K. Webb | Robert T. Haslam |
| Lawrence R. Desideri | Stanley Young |
| Maureen L. Rurka | |
| Email: mrurka@winston.com | Covington & Burling LLP |
| Winston & Strawn LLP | 333 Twin Dolphin Drive, Suite 700 |
| 35 West Wacker Drive | Redwood Shores, California 94065 |
| Chicago, Illinois 60601 | (650) 632-4700 |
| (312) 558-5600 | Email: rhaslam@cov.com |
| Email: DWebb@winston.com | |
| | |
| R. Mark Halligan | H. Michael Hartmann |
| Jodi Rosen Wine | David M. Airan |
| Deanna R. Swits | Leydig Voit & Mayer Ltd. |
| Nixon Peabody LLP | Two Prudential Plaza |
| 300 South Riverside Plaza, 16th Floor | 180 North Stetson Avenue, Suite 4900 |
| Chicago, Illinois 60606 | Chicago, Illinois 60601 |
| (312) 425-3900 | (312) 616-5600 |
| Email: rmhalligan@nixonpeabody.com | Email: mhartmann@leydig.com |

## CERTIFICATE OF SERVICE

I, Maureen L. Rurka, an attorney, hereby certify that I have served a copy of the foregoing NOTICE OF MOTION on April 20, 2011 via the Court's electronic filing system upon all counsel of record.

Dated: April 20, 2011

/s/ Maureen L. Rurka
One of the Attorneys for Motorola, Inc.