# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 4.2
### Eastern Division

Motorola, Inc.
                     Plaintiff,

v.                                    Case No.: 1:08−cv−05427
                                         Honorable Matthew F. Kennelly

Lemko Corporation, et al.
                     Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, April 25, 2011:

      MINUTE entry before Honorable Matthew F. Kennelly: The Court requests that counsel for Motorola, Lemko, and (to the extent feasible) the other defendants appear at tomorrow's hearing on the motion to dismiss claims against Huawei. The Court wishes to inquire regarding the status of settlement discussions involving the defendants other than Huawei to assess whether the settlement status conference set for 4/29/11 should proceed as and when scheduled. (mk)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.