# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 4.2
### Eastern Division

Motorola, Inc.
                      Plaintiff,

v.                                              Case No.: 1:08−cv−05427
                                             Honorable Matthew F. Kennelly

Lemko Corporation, et al.
                      Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, April 26, 2011:

      MINUTE entry before Honorable Matthew F. Kennelly:Joint motion to dismiss defendant Huawei is taken under advisement. Objections are due by 5/2/11 and replies to objections are due by 5/6/11. Ruling is set to 5/9/11 at 9:30 a.m. Status hearing date of 5/5/11 and discovery motion deadline of 5/5/11 are vacated. Settlement conference date of 4/29/11 at 8:15 a.m. is vacated and reset to 4/29/11 at 1:45 a.m., to be conducted by telephone. Counsel for Lemko will circulate a call−in number. Counsel (other than Huawei) should be prepared to set a short date for a settlement conference with client representatives if the Court chooses that option. (or, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.