**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 4.2**
**Eastern Division**

Motorola, Inc.
                Plaintiff,

v.                                         Case No.: 1:08−cv−05427
                                            Honorable Matthew F. Kennelly

Lemko Corporation, et al.
                Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, April 29, 2011:

      MINUTE entry before Honorable Matthew F. Kennelly: Telephone conference regarding settlement held. Motorola is directed to make a settlement counterproposal to Lemko by the end of the day on 5/6/11. The due date for any objection to the motion to dismiss Huawei is extended to mid−afternoon on 5/9/11, and the reply date is extended to 5/12/11 at 9:30 a.m. The 5/9/11 status hearing / ruling date on that motion is vacated and reset to 5/12/11 at 1:30 p.m. The Court expects all counsel to comply with these deadlines and will not entertain requests to extend them. Counsel should be prepared to discuss, at the 5/12/11 status hearing, a date in late May / early June for a further settlement conference including client representatives if the Court elects to take that route. (mk)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.