Motorola, Inc.
                            Plaintiff,

v.                                            Case No.: 1:08−cv−05427
                                                          Honorable Matthew F. Kennelly

Lemko Corporation, et al.
                            Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, May 11, 2011:

       MINUTE entry before Honorable Matthew F. Kennelly: The Court requests that the attorneys attending tomorrow's hearing arrive, if possible, by 1:20 p.m. The Court wishes to confer with counsel prior to the hearing regarding the current status of settlement discussions between plaintiff and the defendants other than Huawei. (mk)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.