**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 4.2**
**Eastern Division**

Motorola, Inc.
                          Plaintiff,

v.                                         Case No.: 1:08−cv−05427
                                                   Honorable Matthew F. Kennelly

Lemko Corporation, et al.
                          Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Thursday, May 19, 2011:

      MINUTE entry before Honorable Matthew F. Kennelly:Minute order of 5/12/2011 is amended to reflect the date for Lemko's response to supplement to motion to dismiss is due 5/23/2011. (or, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.