UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 4.2
Eastern Division

Motorola, Inc.
                    Plaintiff,

v.                                                  Case No.: 1:08−cv−05427
                                                    Honorable Matthew F. Kennelly

Lemko Corporation, et al.
                    Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, May 26, 2011:

      MINUTE entry before Honorable Matthew F. Kennelly: Huawei's motion to retain attorney's eyes only designation [709] is terminated in light of the dismissal of Huawei as a defendant. Motorola's motion to file appearances of additional counsel [682] was previously granted. The Lemko defendants' motion to stay and limit discovery [672] is terminated without prejudice. The Court previously indicated, during a series of conferences with counsel and the parties, its inclination to deny the relief sought in the motion. If the Lemko defendants wish to seek some form of structuring of discovery, they may seek to do so in connection with the upcoming status hearing in which the Court will deal with the discovery and pretrial schedule. (mk)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.