# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 4.2
### Eastern Division

Motorola, Inc.
                    Plaintiff,

v.                                    Case No.: 1:08−cv−05427
                                      Honorable Matthew F. Kennelly

Lemko Corporation, et al.
                    Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, June 2, 2011:

MINUTE entry before Honorable Matthew F. Kennelly:Status hearing held and continued to 8/16/2011 at 9:30 AM. All dates, including trial date of 11/8/2011 are vacated. Fact discovery ordered closed 9/18/2011. 26(a)(2) disclosure deadline for the party with burden of proof is 1/13/2012 and rebuttal disclosure date is 2/24/2012. Expert discovery ordered closed 3/23/2012. Deadline for filing dispositive motions is 4/23/2012; response to motions due 5/21/2012; reply due 6/4/2012. Jury Trial reset to 7/30/2012 at 09:45 AM. (or, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.