UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| MOTOROLA, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| LEMKO CORPORATION, XIAOHONG SHENG, SHAOWEI PAN, HANJUAN JIN, XIAOHUA WU, XUEFENG BAI, NICHOLAS LABUN, BOHDAN PYSKIR, HECHUN CAI, JINZHONG ZHANG, ANGEL FAVILA, ANKUR SAXENA, RAYMOND HOWELL, FAYE VORICK, and NICHOLAS DESAI, | ) ) ) ) ) ) ) | Case No. 08 CV 5427 |
| | ) | |
| Defendants. | ) | Judge Matthew F. Kennelly |
| | ) | |
| * * * * * * * * * * * * * * * | ) | Magistrate Judge Geraldine Soat Brown |
| | ) | |
| LEMKO CORPORATION, SHAOWEI PAN, XIAOHUA WU and XIAOHONG SHENG, | ) ) | |
| | ) | |
| Counter-Plaintiffs, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| MOTOROLA, INC., | ) | |
| | ) | |
| Counter-Defendant. | ) | |
| | ) | |

## NOTICE OF MOTION

**TO:   All Counsel of Record**

    PLEASE TAKE NOTICE that on June 16, 2011, at 9:30 a.m., or as soon thereafter as counsel may be heard, we shall appear before the Honorable Matthew F. Kennelly, or any Judge that may be sitting in his place and stead, in Courtroom 2103 of the Dirksen Federal Building, 219 South Dearborn Street, Chicago, Illinois, 60604 and shall present the ***Motion to Withdraw as Counsel***, a copy of which accompanies this notice and is served upon you.

       Respectfully submitted,

By:   /s/ Charles B. Leuin

    Michael D. Karpeles (ARDC # 6191828)
    *KarpelesM@gtlaw.com*
    Richard D. Harris (ARDC # 1137913)
    *HarrisR@gtlaw.com*
    Charles B. Leuin (ARDC # 6225447)
    *LeuinC@gtlaw.com*
    Jonathan H. Claydon (ARDC # 6289235)
    *ClaydonJ@gtlaw.com*
    Barry R. Horwitz (ARDC # 6296764)
    *HorwitzB@gtlaw.com*

    Greenberg Traurig, LLP
    77 West Wacker Drive, Suite 3100
    Chicago, IL   60601
    Tel.    (312) 456-8400

## **CERTIFICATE OF SERVICE**

The undersigned certifies that the attached *Notice of Motion* was served via the CM/ECF System, this 13th day of June, 2011, upon counsel for all parties of record and upon the Lemko Defendants as set forth in the Motion to Withdraw as Counsel.

By: /s/ Charles B. Leuin