**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| MOTOROLA, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| LEMKO CORPORATION, XIAOHONG | ) | |
| SHENG, SHAOWEI PAN, HANJUAN JIN, | ) | |
| XIAOHUA WU, XUEFENG BAI, | ) | |
| NICHOLAS LABUN, BOHDAN PYSKIR, | ) | |
| HECHUN CAI, JINZHONG ZHANG, | ) | |
| ANGEL FAVILA, ANKUR SAXENA, | ) | Case No. 08 CV 5427 |
| RAYMOND HOWELL, FAYE VORICK, | ) | |
| and NICHOLAS DESAI, | ) | |
| | ) | |
| | ) | |
| | ) | |
| Defendants. | ) | Judge Matthew F. Kennelly |
| | ) | |
| * * * * * * * * * * * * | ) | Magistrate Judge Geraldine Soat Brown |
| LEMKO CORPORATION, SHAOWEI PAN, | ) | |
| XIAOHUA WU and XIAOHONG SHENG, | ) | |
| | ) | |
| Counter-Plaintiffs, | ) | |
| | ) | |
| v. | ) | |
| MOTOROLA, INC., | ) | |
| | ) | |
| Counter-Defendant. | ) | |

### MOTOROLA, INC.'S MOTION FOR RECONSIDERATION AND ENTRY OF PROTECTIVE ORDER

Plaintiff Motorola, Inc. (n/k/a Motorola Solutions, Inc., and hereafter referred to as "Motorola"), by and through its attorneys, hereby respectfully requests that the Court reconsider and vacate the portion of its June 2, 2011 oral ruling compelling Motorola to produce discovery within 30 days relating to "all source code providing or relating to location based services used in Motorola's phones or any other products from 2007 to the present, whether created by

1

Motorola, MMI or any third party." Motorola further requests a protective order precluding this discovery to the extent it extends beyond position determining entity ("PDE") technology. Alternatively, Motorola requests an additional 60 days to respond to this request.

In support of its motion, Motorola submits its memorandum in support filed contemporaneously with this motion.

Wherefore, Motorola respectfully requests that this Honorable Court grant its Motion for Reconsideration and Entry for a Protective Order.

Date: June 15, 2011                               Respectfully submitted,

                                                  By: */s/ Maureen L. Rurka*

                                                  Dan K. Webb
                                                  Lawrence R. Desideri
                                                  Maureen L. Rurka
                                                  WINSTON & STRAWN LLP
                                                  35 West Wacker Drive
                                                  Chicago, Illinois 60601
                                                  T: (312) 558-5600
                                                  F: (312) 558-5700
                                                  MRurka@winston.com

                                                  R. Mark Halligan
                                                  Jodi Rosen Wine
                                                  Deanna R. Swits
                                                  NIXON PEABODY LLP
                                                  300 South Riverside Plaza, 16th Floor
                                                  Chicago, IL 60606
                                                  T: (312) 425-3900
                                                  F: (312) 425-3909

                                                  *Attorneys for Plaintiff Motorola, Inc.*

## CERTIFICATE OF SERVICE

The undersigned certifies that **PLAINTIFF MOTOROLA, INC.'S MOTION FOR RECONSIDERATION AND ENTRY OF PROTECTIVE ORDER** was filed electronically in compliance with the General Order on Electronic Case Filing, Section III(B)(1). As such, these documents were served on all counsel who are deemed to have consented to electronic service. Fed. R. Civ. P. 5(b)(2)(D) and Local Rule 5.9.

Date: June 15, 2011    /s/ Maureen L. Rurka

*Attorney for Plaintiff Motorola, Inc.*