**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| MOTOROLA, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| LEMKO CORPORATION, XIAOHONG | ) | |
| SHENG, SHAOWEI PAN, HANJUAN JIN, | ) | |
| XIAOHUA WU, XUEFENG BAI, | ) | |
| NICHOLAS LABUN, BOHDAN PYSKIR, | ) | |
| HECHUN CAI, JINZHONG ZHANG, | ) | |
| ANGEL FAVILA, ANKUR SAXENA, | ) | Case No. 08 CV 5427 |
| RAYMOND HOWELL, FAYE VORICK, | ) | |
| and NICHOLAS DESAI, | ) | |
| | ) | |
| | ) | |
| | ) | |
| Defendants. | ) | Judge Matthew F. Kennelly |
| | ) | |
| * * * * * * * * * * * * | ) | Magistrate Judge Geraldine Soat Brown |
| LEMKO CORPORATION, SHAOWEI PAN, | ) | |
| XIAOHUA WU and XIAOHONG SHENG, | ) | |
| | ) | |
| Counter-Plaintiffs, | ) | |
| | ) | |
| v. | ) | |
| MOTOROLA, INC., | ) | |
| | ) | |
| Counter-Defendant. | ) | |

**NOTICE OF PLAINTIFF MOTOROLA, INC.'S
MOTION FOR RECONSIDERATION AND ENTRY OF PROTECTIVE ORDER**

PLEASE TAKE NOTICE that on Tuesday, June 21, 2011 at 9:30 a.m., or as soon thereafter as counsel may be heard, counsel for Plaintiff Motorola, Inc. (n/k/a Motorola Solutions, Inc., and hereafter referred to as "Motorola") will appear before the Honorable Matthew F. Kennelly in the courtroom usually occupied by him, Room 2103 of the Dirksen Federal Building, 219 South Dearborn Street, Chicago, Illinois, and present PLAINTIFF

1

MOTOROLA, INC.'S MOTION FOR RECONSIDERATION AND ENTRY OF PROTECTIVE ORDER, a copy of which has been served via the Court's electronic filing system upon all counsel of record.

Date: June 15, 2011                                     Respectfully submitted,

                                                        By: */s/ Maureen L. Rurka*

                                                        Dan K. Webb
                                                        Lawrence R. Desideri
                                                        Maureen L. Rurka
                                                        WINSTON & STRAWN LLP
                                                        35 West Wacker Drive
                                                        Chicago, Illinois 60601
                                                        T: (312) 558-5600
                                                        F: (312) 558-5700
                                                        MRurka@winston.com

                                                        R. Mark Halligan
                                                        Jodi Rosen Wine
                                                        Deanna R. Swits
                                                        NIXON PEABODY LLP
                                                        300 South Riverside Plaza, 16th Floor
                                                        Chicago, IL 60606
                                                        T: (312) 425-3900
                                                        F: (312) 425-3909

                                                        *Attorneys for Plaintiff Motorola, Inc.*

**CERTIFICATE OF SERVICE**

The undersigned certifies that **NOTICE OF PLAINTIFF MOTOROLA, INC.'S MOTION FOR RECONSIDERATION AND ENTRY OF PROTECTIVE ORDER** was filed electronically in compliance with the General Order on Electronic Case Filing, Section III(B)(1). As such, these documents were served on all counsel who are deemed to have consented to electronic service. Fed. R. Civ. P. 5(b)(2)(D) and Local Rule 5.9.

Date: June 15, 2011    /s/ Maureen L. Rurka

*Attorney for Plaintiff Motorola, Inc.*