**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 4.2**
**Eastern Division**

Motorola, Inc.
                        Plaintiff,

v.                                        Case No.: 1:08−cv−05427
                                        Honorable Matthew F. Kennelly

Lemko Corporation, et al.
                        Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Tuesday, June 21, 2011:

       MINUTE entry before Honorable Matthew F. Kennelly:Hearing held on motion to reconsider. Motion entered and continued to 8/16/2011 at 09:30 AM. Oral ruling of 6/2/2011 concerning location based services source code is stayed pending further order of Court. (or, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.