# United States District Court, Northern District of Illinois

| **Name of Assigned Judge or Magistrate Judge** | Matthew F. Kennelly | **Sitting Judge if Other than Assigned Judge** | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 5427 | **DATE** | 6/16/2011 |
| **CASE TITLE** | Motorola vs. Lemko | | |

**DOCKET ENTRY TEXT**

Hearing held on motion to withdraw as counsel (743). Motion is granted. Status hearing set for 8/16/2011 is vacated and reset to 7/21/2011 at 9:30 AM.

Docketing to mail notices.

00:10

| | Courtroom Deputy Initials: | OR |
|---|---|---|