# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 4.2
### Eastern Division

Motorola, Inc.

                          Plaintiff,

v.                                            Case No.: 1:08−cv−05427
                                                   Honorable Matthew F. Kennelly

Lemko Corporation, et al.

                          Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, June 22, 2011:

      MINUTE entry before Honorable Matthew F. Kennelly:Minute order of 6/21/2011 is amended to reflect that the motion to reconsider is continued to the status hearing date of 7/21/2011 at 9:30 AM. (or, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.