**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| **Motorola, Inc.,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | **Case No. 08 CV 5427** |
| | ) | |
| **Lemko Corporation, Xiaohong Sheng, Shoawei** | ) | **Judge Matthew F. Kennelly** |
| **Pan, Hanjuan Jin, Xiaohua Wu, Xuefeng Bai,** | ) | |
| **Nicholas Labun, Bohdan Pyskir, Hechun Cai** | ) | **Magistrate Judge Geraldine** |
| **Jinzhong Zhang, Angel Favilia, Ankur Saxena** | ) | **Soat Brown** |
| **Raymond Howell, Faye Vorick, Nicholas Desai;** | ) | |
| **and Huawei Technologies Co., Ltd., a** | ) | |
| **Chinese corporation,** | ) | |
| | ) | |
| **Defendants.** | ) | |
| | ) | |
| * * * * * * * * * * * * * * * * * * * | ) | |
| **Lemko Corporation, Shaowei Pan, Xiaohua Wu** | ) | |
| **And Xiaohong Sheng,** | ) | |
| | ) | |
| **Counter-Plaintiffs,** | ) | |
| | ) | |
| **v.** | ) | |
| | ) | |
| **Motorola, Inc.,** | ) | |
| | ) | |
| **Counter-Defendant.** | ) | |

## NOTICE OF MOTION

**PLEASE TAKE NOTICE** that on Thursday July 28, 2011 at 9:30 a.m., or as soon thereafter as this matter may be heard, I shall appear before the Honorable Judge Matthew F. Kennelly or any judge sitting in his stead, in the courtroom usually occupied by him in Room 1003 at 219 South Dearborn Street, Chicago, Illinois and then and there present the attached, **MOTION TO WITHDRAW AS COUNSEL FOR DEFENDANT/COUNTER-PLAINTIFF XIAOHONG SHENG**, a copy of which is hereby served upon you.


DATED:     July 18, 2011                                    By: /s/ Jorge Sanchez
                                                                          One of the Attorneys for Plaintiffs

Thomas H. Geoghegan
Michael P. Persoon
Jorge Sanchez
Despres, Schwartz & Geoghegan, Ltd.
77 W. Washington, Suite 711
Chicago, IL 60602
Ph: (312) 372-2511
Fax: (312) 372-7391

## CERTIFICATE OF SERVICE

I, Jorge Sanchez, hereby certify that on this 18th day of July, 2011, the foregoing **NOTICE OF MOTION** and **MOTION TO WITHDRAW AS COUNSEL FOR DEFENDANT/COUNTER-PLAINTIFF XIAOHONG SHENG** were forwarded and served to all counsel of record via electronic filing pursuant to Local Rule 5.9, Electronic Filing.

/s/ Jorge Sanchez

Thomas H. Geoghegan
Michael P. Persoon
Jorge Sanchez
Despres, Schwartz & Geoghegan, Ltd.
77 W. Washington, Suite 711
Chicago, IL 60602
Ph: (312) 372-2511
Fax: (312) 372-739