**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| MOTOROLA, INC., )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>LEMKO CORPORATION, XIAOHONG )<br>SHENG, SHAOWEI PAN, HANJUAN JIN, )<br>XIAOHUA WU, XUEFENG BAI, )<br>NICHOLAS LABUN, BOHDAN PYSKIR, )<br>HECHUN CAI, JINZHONG ZHANG, )<br>ANGEL FAVILA, ANKUR SAXENA, )<br>RAYMOND HOWELL, FAYE VORICK, )<br>and NICHOLAS DESAI, )<br>)<br>)<br>)<br>Defendants. )<br>)<br>* * * * * * * * * * * * )<br>LEMKO CORPORATION, SHAOWEI PAN, )<br>XIAOHUA WU and XIAOHONG SHENG, )<br>)<br>Counter-Plaintiffs, )<br>)<br>v. )<br>MOTOROLA, INC., )<br>)<br>Counter-Defendant. ) | Case No. 08 CV 5427<br><br><br><br><br><br>Judge Matthew F. Kennelly<br><br>Magistrate Judge Geraldine Soat Brown |

**NOTICE OF MOTOROLA INC.'S MOTION TO SEEK LEAVE TO DESTROY
DOCUMENTS PRODUCED BY HUAWEI TECHNOLOGIES CO., LTD.**

PLEASE TAKE NOTICE that on Thursday, July 21, 2011 at 9:30 a.m., or as soon thereafter as counsel may be heard, counsel for Plaintiff Motorola, Inc. (n/k/a Motorola Solutions, Inc.) will appear before the Honorable Matthew F. Kennelly in the courtroom usually occupied by him, Room 2103 of the Dirksen Federal Building, 219 South Dearborn Street, Chicago, Illinois, and present MOTOROLA INC.'S MOTION TO SEEK LEAVE TO

1

DESTROY DOCUMENTS PRODUCED BY HUAWEI TECHNOLOGIES CO., LTD., a copy of which has been served via the Court's electronic filing system upon all counsel of record.

Date: July 18, 2011        Respectfully submitted,

        By: */s/ Maureen L. Rurka*

        Dan K. Webb
        Lawrence R. Desideri
        Maureen L. Rurka
        mrurka@winston.com
        WINSTON & STRAWN LLP
        35 West Wacker Drive
        Chicago, Illinois 60601
        T: (312) 558-5600
        F: (312) 558-5700

        R. Mark Halligan
        Jodi Rosen Wine
        Deanna R. Swits
        NIXON PEABODY LLP
        300 South Riverside Plaza, 16th Floor
        Chicago, IL 60606
        T: (312) 425-3900
        F: (312) 425-3909

        *Attorneys for Plaintiff Motorola, Inc.*

**CERTIFICATE OF SERVICE**

The undersigned certifies that MOTOROLA INC.'S MOTION TO SEEK LEAVE TO DESTROY DOCUMENTS PRODUCED BY HUAWEI TECHNOLOGIES CO., LTD. was filed electronically in compliance with the General Order on Electronic Case Filing, Section III(B)(1). As such, these documents were served on all counsel who are deemed to have consented to electronic service. Fed. R. Civ. P. 5(b)(2)(D) and Local Rule 5.9.

Date: July 18, 2011                    /s/ Maureen L. Rurka

                                       *Attorney for Plaintiff Motorola, Inc.*