**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| MOTOROLA, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| LEMKO CORPORATION, XIAOHONG | ) | |
| SHENG, SHAOWEI PAN, HANJUAN JIN, | ) | |
| XIAOHUA WU, XUEFENG BAI, | ) | |
| NICHOLAS LABUN, BOHDAN PYSKIR, | ) | |
| HECHUN CAI, JINZHONG ZHANG, | ) | |
| ANGEL FAVILA, ANKUR SAXENA, | ) | Case No. 08 CV 5427 |
| RAYMOND HOWELL, FAYE VORICK, | ) | |
| and NICHOLAS DESAI, | ) | |
| | ) | |
| | ) | |
| | ) | |
| Defendants. | ) | Judge Matthew F. Kennelly |
| | ) | |
| * * * * * * * * * * * * * | ) | Magistrate Judge Geraldine Soat Brown |
| LEMKO CORPORATION, SHAOWEI PAN, | ) | |
| XIAOHUA WU and XIAOHONG SHENG, | ) | |
| | ) | |
| Counter-Plaintiffs, | ) | |
| | ) | |
| v. | ) | |
| MOTOROLA, INC., | ) | |
| | ) | |
| Counter-Defendant. | ) | |

## NOTICE OF MOTION

PLEASE TAKE NOTICE THAT on July 25, 2011, at 9:30 a.m., Plaintiff Motorola, Inc., by and through its undersigned counsel, will appear before the Honorable Judge Matthew F. Kennelly in the United States District Court for the Northern District of Illinois, 219 South Dearborn Street, Chicago, Illinois, Room 2103, and present **Plaintiff Motorola, Inc.'s Motion to Lift Stay Regarding Subpoenas,** a copy of which is hereby served upon you.

*       *       *

Date:  July 25, 2011                                  Respectfully submitted,

By: */s/ Deanna R. Swits*

Dan K. Webb
Lawrence R. Desideri
Maureen L. Rurka
WINSTON & STRAWN LLP
35 West Wacker Drive
Chicago, Illinois 60601
T: (312) 558-5600
F: (312) 558-5700

R. Mark Halligan
Deanna R. Swits
Jason T. Kunze
NIXON PEABODY LLP
300 South Riverside Plaza, 16th Floor
Chicago, IL 60606
T: (312) 425-3900
F: (312) 425-3909

*Attorneys for Plaintiff Motorola, Inc.*

## CERTIFICATE OF SERVICE

I, Deanna R. Swits, an attorney, do hereby certify that I electronically filed the foregoing on July 25, 2011 with the Clerk of the Court using the electronic case filing system, and also served the sealed documents to all interested parties via electronic transmission.

Date: July 25, 2011          */s/ Deanna R. Swits*

*Attorney for Plaintiff Motorola, Inc.*