**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| MOTOROLA, INC., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | |
| LEMKO CORPORATION, XIAOHONG ) | |
| SHENG, SHAOWEI PAN, HANJUAN JIN, ) | |
| XIAOHUA WU, XUEFENG BAI, ) | |
| NICHOLAS LABUN, BOHDAN PYSKIR, ) | |
| HECHUN CAI, JINZHONG ZHANG, ) | |
| ANGEL FAVILA, ANKUR SAXENA, ) | Case No. 08 CV 5427 |
| RAYMOND HOWELL, FAYE VORICK, ) | |
| and NICHOLAS DESAI, ) | |
| ) | |
| ) | |
| ) | |
| Defendants. ) | Judge Matthew F. Kennelly |
| ) | |
| * * * * * * * * * * * * * ) | Magistrate Judge Geraldine Soat Brown |
| LEMKO CORPORATION, SHAOWEI PAN, ) | |
| XIAOHUA WU and XIAOHONG SHENG, ) | |
| ) | |
| Counter-Plaintiffs, ) | |
| ) | |
| v. ) | |
| MOTOROLA, INC., ) | |
| ) | |
| Counter-Defendant. ) | |

**NOTICE OF PLAINTIFF MOTOROLA, INC.'S
<u>MOTION FOR AN EXTENSION OF DEADLINES</u>**

PLEASE TAKE NOTICE that on Thursday, July 28, 2011 at 9:30 a.m., or as soon thereafter as counsel may be heard, counsel for Plaintiff Motorola, Inc. (n/k/a Motorola Solutions, Inc., and hereafter referred to as "Motorola") will appear before the Honorable Matthew F. Kennelly in the courtroom usually occupied by him, Room 2103 of the Dirksen Federal Building, 219 South Dearborn Street, Chicago, Illinois, and present PLAINTIFF

1

MOTOROLA, INC.'S MOTION FOR AN EXTENSION OF DEADLINES, a copy of which has been served via the Court's electronic filing system upon all counsel of record.

Date: July 25, 2011                  Respectfully submitted,

                                             By: */s/ Maureen L. Rurka*

                                             Dan K. Webb
Lawrence R. Desideri
Maureen L. Rurka
WINSTON & STRAWN LLP
35 West Wacker Drive
Chicago, Illinois 60601
T: (312) 558-5600
F: (312) 558-5700
MRurka@winston.com

R. Mark Halligan
Deanna R. Swits
Jason T. Kunze
NIXON PEABODY LLP
300 South Riverside Plaza, 16th Floor
Chicago, IL 60606
T: (312) 425-3900
F: (312) 425-3909

*Attorneys for Plaintiff Motorola, Inc.*

**CERTIFICATE OF SERVICE**

      The undersigned certifies that the foregoing was filed electronically in compliance with the General Order on Electronic Case Filing, Section III(B)(1). As such, these documents were served on all counsel who are deemed to have consented to electronic service. Fed. R. Civ. P. 5(b)(2)(D) and Local Rule 5.9.

Date: July 25, 2011     /s/ Maureen L. Rurka

                                                    *Attorney for Plaintiff Motorola, Inc.*