# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 4.2
### Eastern Division

Motorola, Inc.

                Plaintiff,

v.                                     Case No.: 1:08−cv−05427
                                                  Honorable Matthew F. Kennelly

Lemko Corporation, et al.

                Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, July 28, 2011:

      MINUTE entry before Honorable Matthew F. Kennelly: Motion hearing held. Plaintiff's motion to lift the stay regarding subpoenas is entered and continued to 8/9/2011 at 09:30 AM. Plaintiff's motion to extend deadlines [767] is granted in part. All fact discovery shall be completed by 12/16/2011. The party with the burden of proof shall comply with FRCP(26)(a)(2) by 1/31/12. Rebuttal reports shall comply with FRCP(26)(a)(2) by 3/13/12. All expert discovery shall be completed by 4/10/2012. Dispositive motions with supporting memoranda are to be filed by 5/1/2012. Responses are to be filed by 5/22/2012. Replies are to be filed by 6/4/2012. Mailed notice(jms, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.