**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois −** **CM/ECF LIVE, Ver 4.2**
**Eastern Division**

Motorola, Inc.
                     Plaintiff,

v.                                                      Case No.: 1:08−cv−05427
                                                     Honorable Matthew F. Kennelly

Lemko Corporation, et al.
                     Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Thursday, August 25, 2011:

      MINUTE entry before Honorable Matthew F. Kennelly: Nunc pro tunc 7/21/11: The order dated 7/21/11 did not reflect all of the Court's determinations on that date and is amended to read as follows: The motion of Jorge Sanchez to withdraw as counsel is granted. Plaintiff's motion for leave to destroy documents produced by Huawei [761] is denied without prejudice as premature. Response to plaintiff's motion for reconsideration and for protective order is due 7/28/11; reply is due 8/4/11. Motions for summary judgment by new counsel for Lemko defendants regarding trade secret and patent declaratory judgment claims are to be filed by 8/15/11; responses by plaintiff are to be filed by 9/7/11; replies are to be filed by 9/21/11. (mk)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.