**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| MOTOROLA, INC., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | |
| LEMKO CORPORATION, XIAOHONG ) | |
| SHENG, SHAOWEI PAN, HANJUAN JIN, ) | |
| XIAOHUA WU, XUEFENG BAI, ) | |
| NICHOLAS LABUN, BOHDAN PYSKIR, ) | |
| HECHUN CAI, JINZHONG ZHANG, ) | |
| ANGEL FAVILA, ANKUR SAXENA, ) | Case No. 08 CV 5427 |
| RAYMOND HOWELL, FAYE VORICK, ) | |
| and NICHOLAS DESAI, ) | |
| ) | |
| ) | |
| ) | |
| Defendants. ) | Judge Matthew F. Kennelly |
| ) | |
| * * * * * * * * * * * * * ) | Magistrate Judge Geraldine Soat Brown |
| LEMKO CORPORATION, SHAOWEI PAN, ) | |
| XIAOHUA WU and XIAOHONG SHENG, ) | |
| ) | |
| Counter-Plaintiffs, ) | |
| ) | |
| v. ) | |
| MOTOROLA, INC., ) | |
| ) | |
| Counter-Defendant. ) | |

**NOTICE OF MOTOROLA, INC.'S MOTION TO COMPEL DISCOVERY
FROM LEMKO CORPORATION**

PLEASE TAKE NOTICE that on Tuesday September 20, 2011 at 9:30 a.m., or as soon thereafter as counsel may be heard, counsel for Plaintiff Motorola, Inc. (n/k/a Motorola Solutions, Inc.) will appear before the Honorable Matthew F. Kennelly in the courtroom usually occupied by him, Room 2103 of the Dirksen Federal Building, 219 South Dearborn Street, Chicago, Illinois, and present MOTOROLA, INC.'S MOTION TO COMPEL DISCOVERY

1

FROM LEMKO CORPORATION, a copy of which has been served via the Court's electronic filing system upon all counsel of record.

Date: September 13, 2011                     Respectfully submitted,

                                              By: /s/ Maureen L. Rurka

R. Mark Halligan                              Dan K. Webb
Deanna R. Swits                               Lawrence R. Desideri
Jason T. Kunze                                Maureen L. Rurka
NIXON PEABODY LLP                             J. Ethan McComb
300 South Riverside Plaza, 16th Floor         Joanna R. Travalini
Chicago, Illinois 60606                       WINSTON & STRAWN LLP
T: (312) 425-3900                             35 West Wacker Drive
F: (312) 425-3909                             Chicago, Illinois 60601
                                              T: (312) 558-5600
                                              F: (312) 558-5700

                     *Attorneys for Plaintiff Motorola, Inc.*

**CERTIFICATE OF SERVICE**

The undersigned certifies that the foregoing NOTICE OF MOTION was filed electronically in compliance with the General Order on Electronic Case Filing, Section III(B)(1). As such, these documents were served on all counsel who are deemed to have consented to electronic service. Fed. R. Civ. P. 5(b)(2)(D) and Local Rule 5.9.


Date: September 13, 2011         */s/ Maureen L. Rurka*

                                 *Attorney for Plaintiff Motorola, Inc.*