# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 4.2
### Eastern Division

Motorola, Inc.

                 Plaintiff,

v.

                                       Case No.: 1:08–cv–05427
                                       Honorable Matthew F. Kennelly

Lemko Corporation, et al.

                 Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, September 20, 2011:

         MINUTE entry before Honorable Matthew F. Kennelly: Motion for leave to file amended 56.1 response [816] is granted. Status hearing set for 9/26/2011 at 09:30 AM. Status hearing previously set for 10/19/2011 at 9:30 AM., to stand. (or, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.