# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 4.2
### Eastern Division

Motorola, Inc.

                          Plaintiff,

v.                                                    Case No.: 1:08–cv–05427
                                                      Honorable Matthew F. Kennelly

Lemko Corporation, et al.

                          Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, September 26, 2011:

        MINUTE entry before Honorable Matthew F. Kennelly: In anticipation of this afternoon's argument regarding the Rule 56(d) issue raised by Motorola in its responses to defendants' summary judgment motions, the Court has ascertained that it has a complete chambers copy of Motorola's response (including exhibits) on the "patent ownership" summary judgment motion but does not have a chambers copy of Motorola's response or exhibits on the "trade secrets" summary judgment motion. Motorola's counsel are ordered to get a complete copy of that (docket entries 805–806) to chambers, Room 2188, by no later than 11:00 a.m. today. (mk)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.