## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 4.2
### Eastern Division

Motorola, Inc.
                        Plaintiff,

v.                                              Case No.: 1:08−cv−05427
                                                Honorable Matthew F. Kennelly

Lemko Corporation, et al.
                        Defendant.


## NOTIFICATION OF DOCKET ENTRY


This docket entry was made by the Clerk on Monday, September 26, 2011:


MINUTE entry before Honorable Matthew F. Kennelly: Argument held regarding plaintiff's submissions pursuant to Rule 56(d). Plaintiff's request for additional discovery pursuant to Rule 56(d) in connection with both pending summary judgment motions is granted to the extent stated in open court and consistent with the admonitions stated in open court. A joint status report regarding discovery relating to the summary judgment motions is to be filed by the close of business on 9/30/11. Status hearing held and continued to 10/3/2011 at 09:30 AM. Status hearing set for 10/19/2011 is vacated. (or, )


**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.