# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 4.2
### Eastern Division

Motorola, Inc.
                         Plaintiff,

v.
                                                   Case No.: 1:08−cv−05427
                                                   Honorable Matthew F. Kennelly

Lemko Corporation, et al.
                         Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, September 26, 2011:

      MINUTE entry before Honorable Matthew F. Kennelly: Status and motion hearing held. Plaintiff's motion to compel [# 813] is granted to the extent stated in open court. The parties are directed to promptly meet and agree upon a protocol for plaintiff's further discovery regarding the mirrored backup server in clean room 1 and plaintiff's production, under appropriate terms and conditions, of source code with which plaintiff uses for comparison purposes.(or, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.