**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| MOTOROLA, INC., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | |
| LEMKO CORPORATION, XIAOHONG ) | |
| SHENG, SHAOWEI PAN, HANJUAN JIN, ) | |
| XIAOHUA WU, XUEFENG BAI, ) | |
| NICHOLAS LABUN, BOHDAN PYSKIR, ) | |
| HECHUN CAI, JINZHONG ZHANG, ) | |
| ANGEL FAVILA, ANKUR SAXENA, ) | Case No. 08 CV 5427 |
| RAYMOND HOWELL, FAYE VORICK, ) | |
| and NICHOLAS DESAI, ) | |
| ) | |
| Defendants. ) | Judge Matthew F. Kennelly |
| ) | |
| * * * * * * * * * * * * ) | Magistrate Judge Geraldine Soat Brown |
| LEMKO CORPORATION, SHAOWEI PAN, ) | |
| XIAOHUA WU and XIAOHONG SHENG, ) | |
| ) | |
| Counter-Plaintiffs, ) | |
| ) | |
| v. ) | |
| MOTOROLA, INC., ) | |
| ) | |
| Counter-Defendant. ) | |

**EXHIBIT INDEX TO
<u>JOINT STATUS REPORT</u>**

| Exhibit A | Motorola's Third Set of Interrogatories to Lemko |
|---|---|
| Exhibit B | Motorola's Eighth Set of Requests for Production to Lemko |
| Exhibit C | Motorola's Fourth Set of Interrogatories to Pan |
| Exhibit D | Motorola's Fourth Set of Requests for Production to Pan |
| Exhibit E | Motorola's Second Set of Interrogatories to Labun |
| Exhibit F | Motorola's Second Set of Requests for Production to Labun |
| Exhibit G | E-mail from R. Conley to D. Swits (Sep. 21, 2011, 12:54 PM) |