# Exhibit D

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| MOTOROLA, INC., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | |
| LEMKO CORPORATION, XIAOHONG ) | |
| SHENG, SHAOWEI PAN, HANJUAN JIN, ) | |
| XIAOHUA WU, XUEFENG BAI, ) | |
| NICHOLAS LABUN, BOHDAN PYSKIR, ) | |
| HECHUN CAI, JINZHONG ZHANG, ) | |
| ANGEL FAVILA, ANKUR SAXENA, ) | Case No. 08 CV 5427 |
| RAYMOND HOWELL, FAYE VORICK, ) | |
| and NICHOLAS DESAI, ) | |
| ) | |
| ) | |
| ) | |
| Defendants. ) | Judge Matthew F. Kennelly |
| ) | |
| * * * * * * * * * * * * * ) | Magistrate Judge Geraldine Soat Brown |
| LEMKO CORPORATION, SHAOWEI PAN, ) | |
| XIAOHUA WU and XIAOHONG SHENG, ) | |
| ) | |
| Counter-Plaintiffs, ) | |
| ) | |
| v. ) | |
| MOTOROLA, INC., ) | |
| ) | |
| Counter-Defendant. ) | |

**PLAINTIFF MOTOROLA'S FOURTH SET OF REQUESTS (NOS. 47-65)
TO DEFENDANT SHAOWEI PAN
<u>FOR THE PRODUCTION OF DOCUMENTS AND THINGS</u>**

Plaintiff Motorola, Inc. (now known as Motorola Solutions, Inc., hereinafter "Motorola"), by and through its attorneys, pursuant to Federal Rule of Civil Procedure 34, hereby requests that Defendant Shaowei Pan ("Pan") produce the documents and things requested below, in

accordance with the Definitions and Instructions herein, at the offices of the undersigned attorneys for Motorola, Inc., within thirty (30) days of the date of service.

## DEFINITIONS AND INSTRUCTIONS

1. The term "you," "your," and "Pan" shall refer to Defendant Shaowei Pan, including attorneys, agents, consultants, executive recruiters, and all other persons acting or purporting to act on Defendant Pan's behalf.

2. The term "Motorola" shall refer to Plaintiff Motorola, Inc. (now known as Motorola Solutions, Inc.), including any affiliated or related companies or entities, any predecessors, current or former subsidiaries, affiliates or divisions, and their present and former officers, directors, employees, attorneys, agents, consultants and all other persons acting or purporting to act on their behalf.

3. The term "Lemko" shall refer to Defendant Lemko Corporation, including any affiliated or related companies or entities, any predecessors, current or former subsidiaries, or current or former parent companies, affiliated or divisions, and their present and former officers, directors, employees, attorneys, agents, consultants, and all other persons acting or purporting to act on its behalf. The term "Lemko personnel" shall refer to Defendant Lemko's present and former officers, directors, employees, consultants, attorneys, and agents, and all other persons acting or purporting to act on its behalf.

4. The term "person" means person and persons or people, and includes any natural person and/or corporations, companies, associations, partnerships, firms, governmental bodies, hospital, charitable institutions, or any other organization or entity.

5. The term "document" means, but is not limited to, the original and any non-identical copy of any written, printed, or graphic material, photographic matter, sound reproduction, or computer input, output or extract (whether image, data, or code), including any correspondence, teletype message, memorandum of oral statements, conversations, and/or events,

letters, emails, facsimiles, telegrams, personnel files, notes, reports, compilations, studies, tabulations, tallies, maps, diagrams, sketches, graphs, plans, pictures, records, securities, certificates, certificates of deposit, agreements, contracts, and/or licenses, however produced, reproduced or recorded, whether physically, mechanically, or electronically, which: (1) is now or was formerly in your possession, custody, or control, or (2) is known or believed to be responsive to any of the following requests, regardless of who now has or formerly had custody, possession, or control.

6. The term "electronic media" means, but is not limited to video, CD-ROM, DVD, floppy diskette, tape, zip disk, thumb drive, video or audio recordings, or any other types of media, whether in analog or digital format.

7. The term "communication" means the transmittal of information, including, but not limited to, documents, writings, recordings, correspondence, computer files and printouts, and electronic mail.

8. If any document would be responsive to any request, and the document was at one time in existence, but has been lost, discarded, or destroyed, identify such document as completely as possible, providing as much of the following information as possible:

    a. the type of document;

    b. its date;

    c. the date or approximate date the document was lost, discarded, or destroyed;

    d. the reason or reasons for its loss or destruction;

    e. the circumstances and manner in which it was lost, discarded, or destroyed;

    f. the identity of any and all person(s) who either authorized the disposal or destruction of the document, or having knowledge of the circumstances surrounding the disposal or destruction of the document;

  g. the identity of any and all person(s) who lost, discarded, or destroyed the document; and

  h. the identity of any and all person(s) having knowledge of the contents of the document.

9. "Related" "relates" or "relating" shall each mean and include contain or containing, constitute or constituting, comprise or comprising, refer or referring, represent or representing, describe or describing, discuss or discussing, and record or recording, explain or explaining, portray or portraying, and depict or depicting.

10. "Date" means the exact day, month, and year if ascertainable, or if not ascertainable, the best approximation of the date. An approximation may include explaining the date in terms of relationship to other events.

11. Unless the text clearly requires otherwise, you should interpret:

  a. the singular form of a word to include the plural, and vice versa;

  b. the conjunctive "and" to include the disjunctive "or," and vice versa;

  c. the word "any" to include the word "all," and vice versa; and

  d. the past tense of a word to include the present tense, and vice versa.

12. If you assert that a request is objectionable, please specify according to Federal Rule of Civil Procedure 34(b)(2)(C) which part is objectionable and the reasons. If you assert that part of a request is objectionable, please permit inspection to the rest.

13. In the event that you wish to assert either attorney-client privilege, work-product, and/or any other privilege or protection as to any document for which identification and production has been requested by and of the following document requests, then as to each document subject to such assertion, Motorola requests that you provide such identification to include:

  a. the nature of the document;

b. the sender, author, and recipient of any and all copies;

c. the date of the document;

d. the name of each person to whom the original or any copy was circulated;

e. the names appearing on any circulation list associated with such document;

f. a summary statement of the subject matter(s) of such document in sufficient detail to enable the Court to conduct an analysis to reach a determination of any claim of privilege or work-product; and

g. a separate indication of the basis of privilege or work product for each such document.

**REQUESTS FOR PRODUCTION**

47. Any and all documents submitted to, or communications between, you and the U.S. Patent and Trademark Office, from 2001 to the present.

48. Any and all documents constituting, referring, or relating to the record of any invention made by you from 2001 to the present, including but not limited to the claims within the patents and patent applications in the below table:

| Patent | Title | Inventor(s) | Filing Date | No. of Claims |
|---|---|---|---|---|
| 7,486,967 B2 | System, method, and device for providing communications using a distributed mobile architecture | Shaowei Pan, Nicholas Labun | 04/13/05 | 24 |
| 7,539,158 B2 | System, method and device for providing communications using a distributed mobile architecture | Shaowei Pan | 11/08/04 | 15 |
| 7,548,763 B2 | System, method, and device for providing communications using a distributed mobile architecture | Shaowei Pan | 04/13/05 | 18 |
| 7,653,414 B2 | System, method, and device for providing communications using a distributed mobile architecture | Shaowei Pan | 02/24/06 | 21 |
| 7,840,230 B2 | Communications using a distributed mobile architecture | Shaowei Pan | 05/22/09 | 18 |
| 7,855,988 B2 | System, method, and device for routing calls using a distributed mobile architecture | Shaowei Pan | 07/14/08 | 45 |
| 7,856,233 B2 | System, method, and device for providing communications using a distributed mobile architecture | Shaowei Pan | 03/30/06 | 17 |
| 7,979,066 B2 | Multiple IMSI connections | Shaowei Pan | 09/25/08 | 21 |

| Application | Title | Inventor(s) | Filing Date | No. of Claims |
|---|---|---|---|---|
| 11/451,238 | Roaming mobile subscriber registration in a distributed mobile architecture | Shaowei Pan | 06/12/06 | 27 |
| 11/858,762 | System, method, and device for providing communications using a distributed mobile architecture | Shaowei Pan, Nicholas Labun | 09/20/07 | 24 |
| 11/955,017 | System, method, and device to control wireless communications | Shaowei Pan, Nicholas Labun | 12/12/07 | 25 |
| 12/108,209 | System and method to control wireless communications | Shaowei Pan | 04/23/08 | 25 |
| 12/146,618 | System and method to control wireless communications | Shaowei Pan | 06/26/08 | 25 |
| 12/163,601 | Fault Tolerant Distributed Mobile Architecture | Shaowei Pan | 06/27/08 | 34 |
| 12/171,840 | OAMP for distributed mobile architecture | Shaowei Pan | 07/11/08 | 30 |
| 12/425,147 | Providing communication using a distributed mobile architecture | Shaowei Pan | 04/16/09 | 20 |
| PCT/US2009/045951 | System and method to control wireless communications | Shaowei Pan | 06/02/09 | 25 |
| PCT/US2009/045957 | Fault tolerant distributed mobile architecture | Shaowei Pan | 06/02/09 | 34 |

49. Any and all documents and communications referring or relating to the patents and patent applications in the below table:

| Patent | Title | Inventor(s) | Filing Date | No. of Claims |
|---|---|---|---|---|
| 7,486,967 B2 | System, method, and device for providing communications using a distributed mobile architecture | Shaowei Pan, Nicholas Labun | 04/13/05 | 24 |
| 7,539,158 B2 | System, method and device for providing communications using a distributed mobile architecture | Shaowei Pan | 11/08/04 | 15 |
| 7,548,763 B2 | System, method, and device for providing communications using a distributed mobile architecture | Shaowei Pan | 04/13/05 | 18 |

| 7,653,414 B2 | System, method, and device for providing communications using a distributed mobile architecture | Shaowei Pan | 02/24/06 | 21 |
| --- | --- | --- | --- | --- |
| 7,840,230 B2 | Communications using a distributed mobile architecture | Shaowei Pan | 05/22/09 | 18 |
| 7,855,988 B2 | System, method, and device for routing calls using a distributed mobile architecture | Shaowei Pan | 07/14/08 | 45 |
| 7,856,233 B2 | System, method, and device for providing communications using a distributed mobile architecture | Shaowei Pan | 03/30/06 | 17 |
| 7,979,066 B2 | Multiple IMSI connections | Shaowei Pan | 09/25/08 | 21 |

| Application | Title | Inventor(s) | Filing Date | No. of Claims |
| --- | --- | --- | --- | --- |
| 11/451,238 | Roaming mobile subscriber registration in a distributed mobile architecture | Shaowei Pan | 06/12/06 | 27 |
| 11/858,762 | System, method, and device for providing communications using a distributed mobile architecture | Shaowei Pan, Nicholas Labun | 09/20/07 | 24 |
| 11/955,017 | System, method, and device to control wireless communications | Shaowei Pan, Nicholas Labun | 12/12/07 | 25 |
| 12/108,209 | System and method to control wireless communications | Shaowei Pan | 04/23/08 | 25 |
| 12/146,618 | System and method to control wireless communications | Shaowei Pan | 06/26/08 | 25 |
| 12/163,601 | Fault Tolerant Distributed Mobile Architecture | Shaowei Pan | 06/27/08 | 34 |
| 12/171,840 | OAMP for distributed mobile architecture | Shaowei Pan | 07/11/08 | 30 |
| 12/425,147 | Providing communication using a distributed mobile architecture | Shaowei Pan | 04/16/09 | 20 |
| PCT/US2009/045951 | System and method to control wireless communications | Shaowei Pan | 06/02/09 | 25 |
| PCT/US2009/045957 | Fault tolerant distributed mobile architecture | Shaowei Pan | 06/02/09 | 34 |

50. Any and all documents and communications referring or relating to the "patents" and/or "patent submissions" referred to within Document 17011.

51. Any and all documents and communications referring or relating to the "patents" and/or "patent submissions" referred to within Document 25424.

52. Any and all documents and communications referring or relating to the "patents" and/or "patent submissions" referred to within Document 11535.

53. Any and all documents and communications referring or relating to the "twelve patents" and/or "patent submissions" referred to within Document 10983.

54. Any and all documents and communications referring or relating to the "12 key patent applications which are in the filing process" referred to at LEM 112756.

55. Any and all documents and communications constituting, referring, or relating to any agreements between you and Lemko Corporation, including but not limited to employment agreements, shareholder agreements, invention assignment agreements, and/or investor agreements.

56. Any and all documents and communications referring to, relating to, supporting or refuting your contention in paragraph 4 of the Joint Declaration of Nicholas Labun and Shaowei Pan of August 15, 2011 that you "conceived the inventions defined in the 8 patents and 10 patent applications listed above [in paragraph 2 of the Joint Declaration] after we left Motorola."

57. Any and all documents and communications referring to, relating to, supporting or refuting your contention in paragraph 4 of the Joint Declaration of Nicholas Labun and Shaowei Pan of August 15, 2011 that you "used Lemko's facilities to invent the above-identified inventions [in paragraph 2 of the Joint Declaration] while [you] were employed by Lemko."

58. Any and all documents and communications constituting, referring, or relating to the "[r]ecords in our patent application files [that] prove corroboration" as contended in paragraph 5 of the Joint Declaration of Nicholas Labun and Shaowei Pan of August 15, 2011.

59. Any and all documents and communications referring to, relating to, supporting or refuting your contention in paragraph 7 of the Joint Declaration of Nicholas Labun and Shaowei Pan of August 15, 2011 that "[w]e believe Motorola knew of the technology we were developing at Lemko…"

60. Documents sufficient to identify the "more than 80 investors" Lemko has had since January 2005 and the "nearly 50 more" since 2007, as contended in paragraph 9 of the Joint Declaration of Nicholas Labun and Shaowei Pan of August 15, 2011.

61. Any and all communications between you and any of the individuals listed in the chart below (taken from paragraph 42 of Defendants Lemko Corporation's, Shaowei Pan's, and Nicholas Labun's Statement of Undisputed Facts in Support of Their Motion for Summary Judgment on Motorola's Declaratory Judgment Claim for Patent Ownership), from 2001 to the present.

| **Motorola Officer or Employee** | **Title** |
|---|---|
| Ed Zander | Chairman, CEO |
| Richard N. Nottenburg | Executive VP and Chief Strategy Officer |
| Simon Leung | President Asia Pacific - Motorola |
| Pat Canavan | Senior VP, Global Governance |
| Raghu Rau | Senior VP, Strategy and Business Development |
| Warren Holtsberg | Corporate VP, Motorola Ventures |
| Mohammad Akhtar | VP GSM/UMTS Infrastructure |
| Mel Gaceta | Investment Manager Motorola Ventures |
| Paul Steinberg | Chief Technology Officer - Motorola Solutions |
| Jim O'Connor | Corporate VP, Technology Acceleration |
| Dan Tell | Fellow of Technical Staff |
| Joe Goldberg | Senior Director, Corporate Intelligence Strategy Office |
| David Findling | Senior Director Systems Research |
| Tony Kobrinetz | VP - WiMAX group |
| Tony Palcheck | Managing Director - Motorola Ventures |
| John Kelly | Director Engineering |
| Reese Schroeder | Director, Corporate Development |

62. Any and all documents and communications constituting, or referring or relating to, any of the "numerous business ventures and proposals" between Motorola and Lemko as

- 10 -

contended in paragraph 40 of Defendants Lemko Corporation's, Shaowei Pan's, and Nicholas Labun's Statement of Undisputed Facts in Support of Their Motion for Summary Judgment on Motorola's Declaratory Judgment Claim for Patent Ownership.

63. Any and all communications between you and any of the individuals listed in the chart below (taken from paragraph 43 of Defendants Lemko Corporation's, Shaowei Pan's, and Nicholas Labun's Statement of Undisputed Facts in Support of Their Motion for Summary Judgment on Motorola's Declaratory Judgment Claim for Patent Ownership), from 2001 to the present.

| Motorola Officer or Employee | Involvement |
|---|---|
| Sandep Gupta | Attended 9/16/05 meeting with Lemko |
| John Kelly | Attended 9/16/05 meeting with Lemko |
| Dan Tell | Attended 9/16/05 meeting with Lemko |
| Manish Watwani Mohammad Akhtar | Not disclosed |
| Conroy Brown | Talks with Lemko in 2005/2006 |
| Dan Coombes | Copied on inquiry about Lemko in 2007 |
| Troy Dixler | Copied on inquiry about Lemko in 2007 |
| Paul Flynn | Talks with Lemko in 2005/2006 |
| Dennis Gilliland | Copied on inquiry about Lemko in 2007 |
| Brenda Herold | Talks with Lemko in 2005/2006 |
| Tim Jeanes | Talks with Lemko in 2005/2006 |
| Rick Keith | Copied on inquiry about Lemko in 2007 |
| Anthony Kobrinetz | Copied on inquiry about Lemko in 2007 |
| Adolfo Masini | Copied on inquiry about Lemko in 2007 |
| Tony Palcheck | July 2008 communications with Lemko |
| Bill Reinsch | Sent inquiry about Lemko in late 2007 |
| Ray Sokola | Copied on inquiry about Lemko in 2007 |
| Paul Steinberg | Received presentation from Lemko in July 2008; copied on communications in 2005 |
| Bruce Stone | Copied on inquiry about Lemko in 2007 |
| Subodh Vardhan | 2005 communications with Lemko |
| Dave Wangrow | Talks with Lemko in 2005 |
| Reese Schroeder | Talks with Lemko |

64. Any and all documents constituting, or referring or relating to, any disclosure by you or others of the "Lemko technology embodied in the disputed patents and patent applications," as referenced in paragraph 44 of Defendants Lemko Corporation's, Shaowei Pan's,

and Nicholas Labun's Statement of Undisputed Facts in Support of Their Motion for Summary Judgment on Motorola's Declaratory Judgment Claim for Patent Ownership, to any Motorola officer or key employee.

65. Any and all documents referred to or reviewed in preparing responses to the interrogatories served on you in this case.

Case: 1:08-cv-05427 Document #: 829-5 Filed: 09/30/11 Page 14 of 15 PageID #:19458

DATED: September 7, 2011                  Respectfully Submitted,

                                          By: *[signature]*

                                          Dan K. Webb
                                          Lawrence R. Desideri
                                          Maureen L. Rurka
                                          J. Ethan McComb
                                          Joanna R. Travalini
                                          WINSTON & STRAWN LLP
                                          West Wacker Drive
                                          Chicago, Illinois 60601
                                          T: (312) 558-5600
                                          F: (312) 558-5700

                                          R. Mark Halligan
                                          Deanna R. Swits
                                          Jason T. Kunze
                                          NIXON PEABODY LLP
                                          300 South Riverside Plaza, 16th Floor
                                          Chicago, IL 60606
                                          T: (312) 425-3900
                                          F: (312) 425-3909

                                          *Attorneys for Plaintiff Motorola, Inc.*

## **CERTIFICATE OF SERVICE**

The undersigned certifies that the foregoing was served via hand delivery, this 7th day of September, 2011, upon:

Raymond P. Niro (rniro@nshn.com)
Raymond P. Niro, Jr. (rnirojr@nshn.com)
Robert A. Conley (rconley@nshn.com)
Brian E. Haan (bhaan@nshn.com)
Joseph A. Culig (jculig@nshn.com)
Niro, Haller & Niro
181 West Madison Street, Suite 4600
Chicago, Illinois 60602

and via email, this 7th day of September, 2011, upon:

William J. Leonard (williamjleonard@yahoo.com)
Wang, Leonard & Condon
33 N. LaSalle Street
Suite 2020
Chicago, Illinois 60602

Michael Paul Persoon (mike.persoon@gmail.com)
Jorge Sanchez (attysanchez@gmail.com)
Thomas Howard Geoghegan (dsg77@aim.com)
Despres Schwartz & Geoghegan, Ltd.
77 W. Washington St., Suite 711
Chicago, Illinois 60602

Karen Beverly (KBeverly@adamskiandconti.com)
Adamski & Conti
100 N. LaSalle Street
Suite 1720
Chicago, Illinois 60602

Isabella I. Wells (isabellawells@gmail.com)
Law Offices of Isabella I. Wells, P.C.
415 N. LaSalle Street, Suite 301
Chicago, Illinois 60654

/s/ [signature]
An Attorney for Plaintiff Motorola, Inc.