**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 4.2**
**Eastern Division**

Motorola, Inc.
                         Plaintiff,

v.                                              Case No.: 1:08−cv−05427
                                                             Honorable Matthew F. Kennelly

Lemko Corporation, et al.
                         Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, October 3, 2011:

      MINUTE entry before Honorable Matthew F. Kennelly:Status hearing held. Responses to motion for summary judgment are stricken. Revised response to motion for summary judgment is to be filed by 10/28/2011. Revised Reply is to be filed by 11/4/2011.(or, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.