**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| MOTOROLA, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| LEMKO CORPORATION, XIAOHONG | ) | |
| SHENG, SHAOWEI PAN, HANJUAN JIN, | ) | |
| XIAOHUA WU, XUEFENG BAI, | ) | |
| NICHOLAS LABUN, BOHDAN PYSKIR, | ) | |
| HECHUN CAI, JINZHONG ZHANG, | ) | |
| ANGEL FAVILA, ANKUR SAXENA, | ) | Case No. 08 CV 5427 |
| RAYMOND HOWELL, FAYE VORICK, | ) | |
| and NICHOLAS DESAI, | ) | |
| | ) | |
| | ) | |
| | ) | |
| Defendants. | ) | Judge Matthew F. Kennelly |
| | ) | |
| * * * * * * * * * * * * | ) | Magistrate Judge Geraldine Soat Brown |
| LEMKO CORPORATION, SHAOWEI PAN, | ) | |
| XIAOHUA WU and XIAOHONG SHENG, | ) | |
| | ) | |
| Counter-Plaintiffs, | ) | |
| | ) | |
| v. | ) | |
| MOTOROLA, INC., | ) | |
| | ) | |
| Counter-Defendant. | ) | |

**NOTICE OF MOTOROLA, INC.'S MOTION FOR A DETERMINATION THAT
LEMKO CORPORATION'S CLAIMS OF PRIVILEGE ARE UNFOUNDED**

PLEASE TAKE NOTICE that on Tuesday, October 11, 2011 at 9:30 a.m., or as soon thereafter as counsel may be heard, counsel for Plaintiff Motorola, Inc. (n/k/a Motorola Solutions, Inc.) will appear before the Honorable Matthew F. Kennelly in the courtroom usually occupied by him, Room 2103 of the Dirksen Federal Building, 219 South Dearborn Street, Chicago, Illinois, and present PLAINTIFF MOTOROLA'S RULE 26(B)(5)(A) MOTION FOR

A DETERMINATION THAT LEMKO CORPORATION'S CLAIMS OF PRIVILEGE ARE UNFOUNDED, a copy of which has been served via the Court's electronic filing system upon all counsel of record.

Date: October 6, 2011            Respectfully submitted,

                                                                                By: /s/ Deanna R. Swits _____

| | |
|---|---|
| R. Mark Halligan | Dan K. Webb |
| Deanna R. Swits | Lawrence R. Desideri |
| Jason T. Kunze | Maureen L. Rurka |
| NIXON PEABODY LLP | J. Ethan McComb |
| 300 South Riverside Plaza, 16th Floor | Joanna R. Travalini |
| Chicago, Illinois 60606 | WINSTON & STRAWN LLP |
| T: (312) 425-3900 | 35 West Wacker Drive |
| F: (312) 425-3909 | Chicago, Illinois 60601 |
| | T: (312) 558-5600 |
| | F: (312) 558-5700 |

*Attorneys for Plaintiff Motorola, Inc.*

**CERTIFICATE OF SERVICE**

The undersigned certifies that the foregoing NOTICE OF MOTION was filed electronically in compliance with the General Order on Electronic Case Filing, Section III(B)(1). As such, these documents were served on all counsel who are deemed to have consented to electronic service. Fed. R. Civ. P. 5(b)(2)(D) and Local Rule 5.9.

Date: October 6, 2011  /s/ Deanna R. Swits

*Attorney for Plaintiff Motorola, Inc.*