**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 4.2**
**Eastern Division**

Motorola, Inc.
                          Plaintiff,

v.                                        Case No.: 1:08−cv−05427
                                       Honorable Matthew F. Kennelly

Lemko Corporation, et al.
                          Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Tuesday, October 11, 2011:

       MINUTE entry before Honorable Matthew F. Kennelly:Based on the representations made in open court, defendants' motion to compel plaintiff to proceed with court−ordered deposition schedule [831] and plaintiff's motion for determination that defendant's claims of privilege are unfounded [833] are both terminated as moot. (or, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.