IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| MOTOROLA, INC., <br><br> Plaintiff, <br><br> v. <br><br> LEMKO CORPORATION, XIAOHONG SHENG, SHAOWEI PAN, HANJUAN JIN, XIAOHUA WU, XUEFENG BAI, NICHOLAS LABUN, BOHDAN PYSKIR, HECHUN CAI, JINZHONG ZHANG, ANGEL FAVILA, ANKUR SAXENA, RAYMOND HOWELL, FAYE VORICK and NICHOLAS DESAI, <br><br> Defendants. | Case No. 1:08-cv-05427 <br><br> Judge Matthew F. Kennelly <br> Magistrate-Judge Geraldine Soat Brown |
| LEMKO CORPORATION, SHAOWEI PAN, XIAOHUA WU and XIAOHONG SHENG, <br><br> Counter-Plaintiffs, <br><br> v. <br><br> MOTOROLA, INC., <br><br> Counter-Defendant. | |

**NOTICE OF MOTION**

PLEASE TAKE NOTICE that on **Thursday, November 10, 2011, at 9:30 a.m.,** counsel for Defendants Lemko Corporation, Shaowei Pan, and Nicholas Labun will appear before the Honorable Matthew F. Kennelly or any judge sitting in his stead, in the Courtroom usually occupied by him, Courtroom 2103, at the United States District Courthouse, 219 South Dearborn St., Chicago, Illinois, and then and there present *Lemko Corporation's Shaowei Pan's, and Nicholas Labun's Motion for Leave to Exceed Page Limit*.

- 2 -

Respectfully submitted,

/s/ Joseph A. Culig
Raymond P. Niro
Raymond P. Niro, Jr.
Robert A. Conley
Brian E. Haan
Joseph A. Culig
NIRO, HALLER & NIRO
181 W. Madison, Suite 4600
Chicago, IL 60602
(312) 236-0733
Fax: (312) 236-3137
RNiro@nshn.com; RNiroJr@nshn.com;
RConley@nshn.com; BHaan@nshn.com;
JCulig@nshn.com

Attorneys for Lemko Corporation, Shaowei Pan, Xuefeng Bai, Nicholas Labun, Bohdan Pyskir, Hechun Cai, Jinzhong Zhang, Ankur Saxena, Faye Vorick and Nicholas Desai

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on November 4, 2011 the foregoing

### NOTICE OF MOTION

was filed with the Clerk of Court using the CM/ECF system, which will then send a notification of such filing to the following counsel of record.

*Counsel for Motorola*

| | | |
|---|---|---|
| Dan K. Webb | R. Mark Halligan | John A. Chatowski |
| James E. McComb | Deanna R. Swits | Robert A. Weikert |
| Joanna R. Travalini | Jason T. Kunze | NIXON PEABODY LLP |
| Lawrence R. Desideri | Jodi R. Wine | One Embarcadero Center, 18th Floor |
| Maureen L. Rurka | Michael C. Hallerud | San Francisco, CA 94111 |
| Raymond C. Perkins | NIXON PEABODY LLP | jchatowski@nixonpeabody.com |
| WINSTON & STRAWN LLP | 300 South Riverside Plaza, 16th Floor | rweikert@nixonpeabody.com |
| 35 West Wacker Drive | Chicago, IL 60606 | |
| Chicago, IL 60601-9703 | rhalligan@nixonpeabody.com | |
| dwebb@winston.com | dswits@nixonpeabody.com | |
| emccomb@winston.com | jkunze@nixonpeabody.com | |
| jtravalini@winston.com | jwine@nixonpeabody.com | |
| ldesideri@winston.com | hallerud@nixonpeabody.com | |
| mrurka@winston.com | | |
| rperkins@winston.com | | |

*Counsel for Xiaohong Sheng*
Thomas Howard Geoghegan
Michael Paul Persoon
DESPRES SCHWARTZ & GEOGHEGAN
77 West Washington Street - Suite 711
Chicago IL 60602
admin@dsgchicago.com
mike.persoon@gmail.com

*Counsel for Hanjuan Jin*
Telly Stefaneas
TELLY STEFANEAS, ESQ.
53 West Jackson Boulevard - Suite 1437
Chicago, IL 60604
telly_stefaneas@me.com

*Counsel for Xiaohua Wu*
William J. Leonard
WANG, LEONARD & CONDON
33 North LaSalle Street - -Suite 2020
Chicago, IL 60602
williamjleonard@yahoo.com

*Counsel for Angel Favila*
Karen Beverly
ADAMSKI & CONTI
100 North LaSalle Street - Suite 1720
Chicago, IL 60602
kbeverly@adamskiandconti.com

*Counsel for Raymond Howell*
Isabella I Wells
LAW OFFICES OF ISABELLA I. WELLS, P.C.
415 N. LaSalle - Suite 301
Chicago, IL 60654
isabellawells@gmail.com

I certify that all parties in this case are represented by counsel who are CM/ECF participants.

/s/ Joseph A. Culig
NIRO, HALLER & NIRO