# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Matthew Kennelly | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 5427 | **DATE** | 11/9/2011 |
| **CASE TITLE** | Motorola vs. Lemko | | |

**DOCKET ENTRY TEXT**

Defendants' motion for leave to exceed page limit is granted. The motion hearing date of 11/10/11 is vacated.

Docketing to mail notices.

| | Courtroom Deputy Initials: | DS |
|---|---|---|