**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| MOTOROLA, INC., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| LEMKO CORPORATION, XIAOHONG SHENG, SHAOWEI PAN, HANJUAN JIN, XIAOHUA WU, XUEFENG BAI, NICHOLAS LABUN, BOHDAN PYSKIR, HECHUN CAI, JINZHONG ZHANG, ANGEL FAVILA, ANKUR SAXENA, RAYMOND HOWELL, FAYE VORICK, and NICHOLAS DESAI, | ) ) ) ) ) ) ) ) Case No. 08 CV 5427 ) ) |
| | ) |
| Defendants. | ) Judge Matthew F. Kennelly |
| | ) |
| * * * * * * * * * * * * * | ) Magistrate Judge Geraldine Soat Brown |
| LEMKO CORPORATION, SHAOWEI PAN, XIAOHUA WU and XIAOHONG SHENG, | ) ) ) |
| Counter-Plaintiffs, | ) |
| | ) |
| v. | ) |
| MOTOROLA, INC., | ) |
| | ) |
| Counter-Defendant. | ) |

**NOTICE OF MOTOROLA, INC.'S MOTION TO SEEK LEAVE TO FILE A SURREPLY IN OPPOSITION TO DEFENDANTS LEMKO'S, PAN'S, AND LABUN'S MOTION FOR SUMMARY JUDGMENT ON MOTOROLA'S <u>DECLARATORY JUDGMENT CLAIM FOR PATENT OWNERSHIP</u>**

PLEASE TAKE NOTICE that on Wednesday, November 16, 2011 at 9:30 a.m., or as soon thereafter as counsel may be heard, counsel for Plaintiff Motorola, Inc. (n/k/a Motorola Solutions, Inc.) will appear before the Honorable Matthew F. Kennelly in the courtroom usually occupied by him, Room 2103 of the Dirksen Federal Building, 219 South Dearborn Street,

1

Chicago, Illinois, and present **MOTOROLA, INC.'S MOTION TO SEEK LEAVE TO FILE A SURREPLY IN OPPOSITION TO DEFENDANTS LEMKO'S, PAN'S, AND LABUN'S MOTION FOR SUMMARY JUDGMENT ON MOTOROLA'S DECLARATORY JUDGMENT CLAIM FOR PATENT OWNERSHIP**, a copy of which has been served via the Court's electronic filing system upon all counsel of record.

Date: November 10, 2011      Respectfully submitted,

By: /s/ Maureen L. Rurka

| | |
|---|---|
| R. Mark Halligan | Dan K. Webb |
| Deanna R. Swits | Lawrence R. Desideri |
| Jason T. Kunze | Maureen L. Rurka |
| NIXON PEABODY LLP | J. Ethan McComb |
| 300 South Riverside Plaza, 16th Floor | Joanna R. Travalini |
| Chicago, Illinois 60606 | WINSTON & STRAWN LLP |
| T: (312) 425-3900 | 35 West Wacker Drive |
| F: (312) 425-3909 | Chicago, Illinois 60601 |
| | T: (312) 558-5600 |
| | F: (312) 558-5700 |

*Attorneys for Plaintiff Motorola, Inc.*

**CERTIFICATE OF SERVICE**

      The undersigned certifies that the foregoing NOTICE OF MOTION was filed electronically in compliance with the General Order on Electronic Case Filing, Section III(B)(1). As such, these documents were served on all counsel who are deemed to have consented to electronic service. Fed. R. Civ. P. 5(b)(2)(D) and Local Rule 5.9.

Date: November 10, 2011        /s/ Maureen L. Rurka

                                                            *Attorney for Plaintiff Motorola, Inc.*