UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 4.2
Eastern Division

Motorola, Inc.
                Plaintiff,
v.                                          Case No.: 1:08−cv−05427
                                                  Honorable Matthew F. Kennelly
Lemko Corporation, et al.
                Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, November 15, 2011:

      MINUTE entry before Honorable Matthew F. Kennelly: Plaintiff has moved to file brief surreplies on defendants' two pending summary judgment motions. Defendants object. The Court is persuaded that the point plaintiff addresses in the proposed surreplies was first raised in defendants' reply brief. For this reason, the surreplies are appropriate. Defendants argue that there are good reasons why the point was first made in their reply briefs, and they also argue that the points plaintiff makes in the surreplies are immaterial or incorrect. Some or all of that may be true, but it is not a reason to deny permission to file surreplies to the material newly raised in the reply briefs. The motions to file the surreplies are granted. The Court will consider defendants' objection to plaintiff's motion as their response to the surreplies and will consider that as well in addressing the summary judgment motions. The motion hearing date of 11/16/11 is vacated. (mk)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.