IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| MOTOROLA, INC., <br><br>             Plaintiff, <br><br> v. <br><br> LEMKO CORPORATION, XIAOHONG SHENG, SHAOWEI PAN, HANJUAN JIN, XIAOHUA WU, XUEFENG BAI, NICHOLAS LABUN, BOHDAN PYSKIR, HECHUN CAI, JINZHONG ZHANG, ANGEL FAVILA, ANKUR SAXENA, RAYMOND HOWELL, FAYE VORICK and NICHOLAS DESAI, <br><br>             Defendants. | Case No. 1:08-cv-05427 <br><br> Judge Matthew F. Kennelly <br> Magistrate-Judge Geraldine Soat Brown |
| LEMKO CORPORATION, SHAOWEI PAN, XIAOHUA WU and XIAOHONG SHENG, <br><br>             Counter-Plaintiffs, <br><br> v. <br><br> MOTOROLA, INC., <br><br>             Counter-Defendant. | |

## NOTICE OF MOTION

PLEASE TAKE NOTICE THAT on Wednesday, November 23, 2011 at 9:30 a.m., Defendant Lemko Corporation shall appear before Judge Matthew F. Kennelly in courtroom 2103 and present its *Motion to Compel the Production of Documents Identified on Motorola's Privilege Log*, a copy of which is filed and served herewith.

—

- 2 -

        Respectfully submitted,

        */s/ Robert A. Conley*
        Raymond P. Niro
        Raymond P. Niro, Jr.
        Robert A. Conley
        Brian E. Haan
        Joseph A. Culig
        NIRO, HALLER & NIRO
        181 W. Madison, Suite 4600
        Chicago, IL 60602
        (312) 236-0733
        Fax: (312) 236-3137
        RNiro@nshn.com; RNiroJr@nshn.com;
        RConley@nshn.com; BHann@nshn.com;
        JCulig@nshn.com

        Attorneys for Lemko Corporation, Shaowei Pan, Xuefeng Bai, Nicholas Labun, Bohdan Pyskir, Hechun Cai, Jinzhong Zhang, Ankur Saxena, Faye Vorick and Nicholas Desai

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on November 17, 2011 the foregoing

## **NOTICE OF MOTION**

was filed with the Clerk of Court using the CM/ECF system, which will then send a notification of such filing to the following counsel of record.

*Counsel for Motorola*

| | | |
|---|---|---|
| Dan K. Webb | R. Mark Halligan | John A. Chatowski |
| James E. McComb | Deanna R. Swits | Robert A. Weikert |
| Joanna R. Travalini | Jason T. Kunze | NIXON PEABODY LLP |
| Lawrence R. Desideri | Jodi R. Wine | One Embarcadero Center, 18th Floor |
| Maureen L. Rurka | Michael C. Hallerud | San Francisco, CA 94111 |
| WINSTON & STRAWN LLP | NIXON PEABODY LLP | jchatowski@nixonpeabody.com |
| 35 West Wacker Drive | 300 South Riverside Plaza, 16th Floor | rweikert@nixonpeabody.com |
| Chicago, IL 60601-9703 | Chicago, IL 60606 | |
| dwebb@winston.com | rhalligan@nixonpeabody.com | |
| emccomb@winston.com | dswits@nixonpeabody.com | |
| jtravalini@winston.com | jkunze@nixonpeabody.com | |
| ldesideri@winston.com | jwine@nixonpeabody.com | |
| mrurka@winston.com | hallerud@nixonpeabody.com | |

*Counsel for Xiaohong Sheng*
Thomas Howard Geoghegan
Michael Paul Persoon
DESPRES SCHWARTZ & GEOGHEGAN
77 West Washington Street - Suite 711
Chicago IL 60602
admin@dsgchicago.com
mike.persoon@gmail.com

*Counsel for Hanjuan Jin*
Telly Stefaneas
TELLY STEFANEAS, ESQ.
53 West Jackson Boulevard - Suite 1437
Chicago, IL 60604
telly_stefaneas@me.com

*Counsel for Xiaohua Wu*
William J. Leonard
WANG, LEONARD & CONDON
33 North LaSalle Street - -Suite 2020
Chicago, IL 60602
williamjleonard@yahoo.com

*Counsel for Angel Favila*
Karen Beverly
ADAMSKI & CONTI
100 North LaSalle Street - Suite 1720
Chicago, IL 60602
KBeverly@adamskiandconti.com

*Counsel for Raymond Howell*
Isabella I Wells
LAW OFFICES OF ISABELLA I. WELLS, P.C.
415 N. LaSalle - Suite 301
Chicago, IL 60654
isabellawells@gmail.com

I certify that all parties in this case are represented by counsel who are CM/ECF participants.

                                                  */s/ Robert A. Conley*
                                                  NIRO, HALLER & NIRO