**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| MOTOROLA, INC.,           ) | |
|           ) | |
|     Plaintiff,       ) | |
|           ) | |
|     v.         ) | |
|           ) | |
| LEMKO CORPORATION, XIAOHONG  ) | |
| SHENG, SHAOWEI PAN, HANJUAN JIN,  ) | |
| XIAOHUA WU, XUEFENG BAI,  ) | |
| NICHOLAS LABUN, BOHDAN PYSKIR,  ) | |
| HECHUN CAI, JINZHONG ZHANG,  ) | |
| ANGEL FAVILA, ANKUR SAXENA,  ) | Case No. 08 CV 5427 |
| RAYMOND HOWELL, FAYE VORICK,  ) | |
| and NICHOLAS DESAI,  ) | |
|           ) | |
|     Defendants.     ) | Judge Matthew F. Kennelly |
| * * * * * * * * * * * * *  ) | Magistrate Judge Geraldine Soat Brown |
| LEMKO CORPORATION, SHAOWEI PAN,  ) | |
| XIAOHUA WU and XIAOHONG SHENG,  ) | |
|           ) | |
|     Counter-Plaintiffs,  ) | |
|           ) | |
|     v.         ) | |
| MOTOROLA, INC.,         ) | |
|           ) | |
|     Counter-Defendant.  ) | |

**PLAINTIFF MOTOROLA, INC.'S AND DEFENDANTS LEMKO CORPORATION'S,
XIAOHONG SHENG'S, SHAOWEI PAN'S, XIAOHUA WU'S, XUEFENG BAI'S,
NICHOLAS LABUN'S, BOHDAN PYSKIR'S, HECHUN CAI'S, JINZHONG ZHANG'S,
ANGEL FAVILA'S, ANKUR SAXENA'S, RAYMOND HOWELL'S, FAYE VORICK'S,
AND NICHOLAS DESAI'S JOINT MOTION TO DISMISS THE CLAIMS RELATING
TO THEM IN CASE NO. 08-CV-5427 WITH PREJUDICE**

Plaintiff Motorola, Inc. (n/k/a "Motorola Solutions, Inc.," hereafter "Motorola"), through

its counsel of record, and Defendants Lemko Corporation, Xiaohong Sheng, Shaowei Pan,

Xiaohua Wu, Xuefeng Bai, Nicholas Labun, Bohdan Pyskir, Hechun Cai, Jinzhong Zhang,

Angel Favila, Ankur Saxena, Raymond Howell, Faye Vorick, and Nicholas Desai, through their

counsel of record, hereby move to dismiss the claims they have against the other in the above-entitled action with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(2), all matters in controversy between Motorola and Lemko Corporation, Xiaohong Sheng, Shaowei Pan, Xiaohua Wu, Xuefeng Bai, Nicholas Labun, Bohdan Pyskir, Hechun Cai, Jinzhong Zhang, Angel Favila, Ankur Saxena, Raymond Howell, Faye Vorick, and Nicholas Desai having been settled, compromised, and adjourned, and no other claims or counterclaims involving any of the aforementioned parties being in issue. This motion does not include Motorola's claims against Defendant Hanjuan Jin. Each party shall bear their own costs and attorneys' fees. The parties request the Court enter the attached proposed Dismissal Order.

Date:  January 31, 2012

Respectfully submitted,

By: _/s/  Joanna R. Travalini_

R. Mark Halligan
Deanna R. Swits
Jason T. Kunze
NIXON PEABODY LLP
300 South Riverside Plaza, 16th Floor
Chicago, Illinois 60606
T: (312) 425-3900
F: (312) 425-3909

Dan K. Webb
Lawrence R. Desideri
Raymond C. Perkins
Maureen L. Rurka
J. Ethan McComb
Joanna R. Travalini
WINSTON & STRAWN LLP
35 West Wacker Drive
Chicago, Illinois 60601
T: (312) 558-5600
F: (312) 558-5700

*Attorneys for Plaintiff Motorola, Inc.*

_/s/     Robert A. Conley_

Raymond P. Niro
Raymond P. Niro, Jr.
Robert A. Conley
Brian E. Haan
Joseph A. Culig
NIRO, HALLER & NIRO
181 W. Madison, Suite 4600
Chicago, Illinois 60602

*Attorneys for Lemko Corporation, Shaowei Pan, Xuefeng Bai, Nicholas Labun, Bohdan Pyskir, Hechun Cai, Jinzhong Zhang, Ankur Saxena, Faye Vorick and Nicholas Desai*

_/s/     Michael Paul Persoon_

Thomas Howard Geoghegan
Michael Paul Persoon
Sean Morales-Doyle
DESPRES SCHWARTZ & GEOGHEGAN
77 West Washington Street - Suite 711
Chicago, Illinois 60602

*Attorneys for Xiaohong Sheng*

_/s/     William J. Leonard_

William J. Leonard
WANG, LEONARD & CONDON
33 North LaSalle Street - Suite 2020
Chicago, Illinois 60602

*Attorney for Xiaohua Wu*

_/s/     Karen L. Beverly_

Karen L. Beverly
ADAMSKI & CONTI LLC
100 North LaSalle Street - Suite 1720
Chicago, Illinois 60602

*Attorney for Angel Favila*

_/s/     Isabella I. Wells_

Isabella I. Wells
LAW OFFICES OF ISABELLA I. WELLS, P.C.
415 N. LaSalle - Suite 301
Chicago, Illinois 60654

*Attorney for Raymond Howell*

3

## CERTIFICATE OF SERVICE

The undersigned certifies that the foregoing was filed electronically in compliance with the General Order on Electronic Case Filing, Section III(B)(1).  As such, these documents were served on all counsel who are deemed to have consented to electronic service.  Fed. R. Civ. P. 5(b)(2)(D) and Local Rule 5.9.


Date:  January 31, 2012        _/s/ Joanna R. Travalini_

                                              *Attorney for Plaintiff Motorola, Inc.*